## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CR71** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **NOE HERNANDEZ-ROMERO and** | ) | |
| **SAMUEL HERNANDEZ-MONTILL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motion of Noe Hernandez-Romero to continue the trial currently set for June 19, 2007.  For good cause shown, a continuance will be granted; however, the court's calendar can only accommodate a continuance to June 26, 2007.

**IT IS ORDERED** that the Motion to Continue Trial  [92] is granted, as follows:

1.   The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, June 26, 2007 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person.  Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

2.   In accordance with 18 U.S.C. § 3161(h)(8)(A), I find that the ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between **June 19, 2007 and June 26, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, 18 U.S.C. § 3161 because counsel require more time to effectively prepare the case, taking into account the exercise of due diligence.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

3.   This order applies to defendants Noe Hernandez-Romero and Samuel Hernandez-Montill.

**DATED June 5, 2007.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**